THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* NOAH E. BARNES, Appellant.

*People* v. *Barnes*, 158 App. Div. 712, appeal dismissed.
(Submitted February 23, 1914; decided March 3, 1914.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judi-

cial department, entered November 7, 1913, which affirmed a judgment rendered at a Trial Term upon a verdict convicting the defendant of the crime of grand larceny in the first degree.

The motion was made upon the ground of failure to file the required return and to prosecute the appeal.

*Charles S. Whitman, District Attorney* (*Louis Fabricant* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.